IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC L. CRANDALL,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-362-wmc

    This action came for consideration before the court with District Judge William M. Conley. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing defendant Eric L. Crandall's counterclaim with prejudice and granting summary judgment in favor of plaintiff United States of America, awarding damages in the amount of $145,365.04, with interest.

Approved as to form this 17th day of May, 2013.

_____
District Judge, William M. Conley

_____
Peter Oppeneer, Clerk of Court

5/20/13
Date