IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,          ORDER

v.

                   Case No. 12-cv-362

ERIC L. CRANDALL,

      Defendant.

---

  Before the court is plaintiff the United States of America's motion for installment payment order. (Dkt. #18.) Plaintiff fails to meet its burden of demonstrating a right to such an order pursuant to 28 U.S.C. § 3204(a), in its submission, but that can still be accomplished at the required § 3204(a) hearing. As such, this court will hold an evidentiary hearing on December 2, 2014, at 9:00 a.m. to determine whether the defendant should be ordered to make specified installment payments to the United States.

  The parties may serve any written discovery on each other within 14 days of this Order; and the opposing party may have 30 days to respond. Defendant shall also make himself available within 60 days for a supplemental deposition. On or before November 25, 2014, the parties may file briefs and shall provide all proposed exhibits.

  Entered this 11th day of September, 2014.

              BY THE COURT:

              /s/

              _____
              WILLIAM M. CONLEY
              District Judge